IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DEBORAH N. McLIN and**
**ARNOLD L. McLIN**                                                                                  **PLAINTIFFS**

**VS.**                                                                            **CAUSE NO.3:05-CV-502-W-S**

**CALVERT MARKETING GROUP, INC., f/k/a**
**NU-CREATIONS, INC., DALE T. CALVERT**
**and ROGER WAGERS**                                                                     **DEFENDANTS**
_____

**JUDGMENT**
_____

**ON THIS DAY** this cause came on for Plaintiff's hearing to determine damages, and the Court, after being fully advised that the Defendants, **CALVERT MARKETING GROUP, INC., f/k/a NU-CREATIONS, INC., DALE T. CALVERT and ROGER WAGERS,** not being unrepresented incompetents or minors hereto, having been served with process, having failed to answer, plead, appear or otherwise defend, after an Entry of Default was properly requested and entered, and after evidence was presented at hearing on the issue of damages, the Court finds that the Plaintiffs' request for a Judgment is well-taken and that it should be granted.

**THE COURT FINDS** that Plaintiff Deborah McLin incurred $108,551.31 in medical bills as a result of the Defendants' acts and/or omissions and also incurred physical pain, suffering, metal anguish, emotional distress and lost wage earning capacity.

**THE COURT FINDS THAT** Plaintiff Arnold Lee McLin sustained a loss of protection and consortium as a result of the Defendants' acts and/or omissions.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff, Deborah McLin is hereby granted a Judgment and is hereby awarded damages for her losses in the amount of **$868,410.48**, plus costs of this action for which let execution levy.

The Judgment for Deborah McLin is apportioned against each Defendant as follows:

| | |
|---|---|
| **CALVERT MARKETING GROUP, INC.** | **$108,551.31**; |
| **ROGER WAGERS** | **$108,551.31**; |
| **DALE CALVERT** | **$651,307.86.** |

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff, Arnold Lee McLin is hereby granted a Judgment and is hereby awarded damages for his losses in the amount of **$200,000.00**, plus costs of this action, for which let execution levy.

The Judgment for Arnold Lee McLin is apportioned against each Defendant as follows:

| | |
|---|---|
| **CALVERT MARKETING GROUP, INC.** | **$25,000.00**; |
| **ROGER WAGERS** | **$25,000.00**; |
| **DALE CALVERT** | **$150,000.00.** |

**SO ORDERED AND ADJUDGED**, this the 16th day of July, 2008.

                **s/ HENRY T. WINGATE**
                _____
                **CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:05-cv-502
Judgment